1  Ralph P. Guenther [124245]
   DUFFY & GUENTHER, LLP
2  149 Bonifacio Place
   Monterey CA 93940
3  Telephone:  831.649.5100
   Email: rguenther@duffyguenther.com
4
   Attorneys for Defendants
5  ROBERT AND JANE HAYNER

6

7

8

9

10              UNITED STATES BANKRUPTCY COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE DIVISION

13
   In re:                                Case No. 11-51102
14
        ROBER EDWARD HAYNER and          Chapter 7
15      JANE E. HAYNER,

16              Debtors.                 Adv. Proc. No. 11-05150CN

17
                                         **ANSWER TO ADVERSARY
18  _____/      COMPLAINT**

19
        MICHAEL LARKIN and INKA
20      LARKIN

21              Plaintiff,

22  vs.

23      ROBERT EDWARD HAYNER and
        JANE E. HAYNER,
24
                Defendants.
25

26  _____/

27        Defendants, Robert Edward Hayner and Jane E. Hayner, answer the complaint of Michael

28  Larkin and Inka Larkin, and states as follows:

1    1.    Defendants admit the allegations in Paragraphs 1-3, 5-7, 9, 12-13.

2    2.    With respect to each and every remaining allegation contained in the complaint, and

3 each part thereof, Defendants denies each and every allegation contained therein, each part thereof,

4 the whole thereof, and specifically deny that they are indebted to the plaintiffs in the sum prayed for

5 or in any sum whatsoever.

6

7 Dated: June 1, 2011                                DUFFY & GUENTHER, LLP

8

9                                                   */s/ Ralph P. Guenther*
                                                    Ralph P. Guenther, Attorney for
10                                                  Defendants Robert Edward Hayner and
                                                    Jane E. Hayner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUFFY & GUENTHER
Attorneys at Law
149 Bonifacio Place
Monterey CA 93940
831.649.5100

2
F:\Hayner, Bo - 1201.000\Larkin v. Hayner - 002\Adv Pleadings\Answer.wpd

ANSWER TO ADVERSARY COMPLAINT