Entered on Docket
December 06, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed December 5, 2012

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | ) Case No. 11-51102 CN |
| | ) |
| ROBERT EDWARD HAYNER and JANE E. HAYNER, | ) Chapter 7 |
| | ) Adv. Pro. No.: 11-05150 |
| Debtors. | ) |
| | ) **JUDGMENT PURSUANT TO** |
| _____ | ) **SETTLEMENT AGREEMENT** |
| MICHAEL LARKIN, an individual, INKA LARKIN, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT EDWARD HAYNER, an individual; and JANE E. HAYNER, an individual, | ) |
| | ) |
| Defendants. | ) |

The Court, after granting the Motion by Plaintiffs and Defendants pursuant to Rules 7041 and 9019 of the Federal Rules of Bankruptcy Procedure to dismiss the claims pursuant to Bankruptcy Code section 727 and to approve a settlement agreement as to the remaining claims

_____
Judgment Pursuant to Approved Settlement Agreement
*Larkin v. Hayner*
Case No. 11-05150

1

in connection with the above-entitled action, and good cause appearing therefore;

**IT IS ORDERED ADJUDGED AND DECREED** as follows:

1. Plaintiffs' claims pursuant to 11 USC sections 727(a)(2)(A), (3) and (4) (the "727 Claims") are dismissed with prejudice;

2. Plaintiffs shall have judgment against Defendants, and each of them, on Plaintiffs' claims pursuant to the 11 U.S.C. § 523(a)(2) *only* in the amount of TWO HUNDRED AND FIFTY THOUSAND DOLLARS ($250,000.00);

3. Said Judgment and the obligation created hereby shall not be subject to the discharge entered in favor of Defendants in connection with their Chapter 7 Bankruptcy Case No. 11-51102;

4. Each party shall bear their own fees and costs in connection with this Judgment in the above-entitled action, except as provide in the Settlement Agreement which was approved pursuant to the motion for an order dismissing 727 claims and approving settlement on the remaining claims.

5. Interest shall accrue on the judgment amount at the federal judgment rate from the date of entry of this Judgment on the Bankruptcy Court's docket.

**\*\*\*END OF ORDER\*\*\***

_____

2

Judgment Pursuant to Approved Settlement Agreement
*Larkin v. Hayner*
Case No. 11-05150

COURT SERVICE LIST

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____
Judgment Pursuant to Approved Settlement Agreement
*Larkin v. Hayner*

3