| | |
|---|---|
| | **EJ-001** |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):*
Recording requested by and return to: (831) 759-0900
Dennis Lewis, Esq., SBN 262256
Johnson, Moncrief & Hart, PC
16 West Gabilan Street
Salinas, CA 93901

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

U. S. Bankruptcy Court, Northern District of CA
STREET ADDRESS: 280 South 1st Street, Room 3035
MAILING ADDRESS: 280 South 1st Street, Room 3035
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: San Jose Division

PLAINTIFF: Michael Larkin, et al.
DEFENDANT: Robert Edward Hayner, et al.

FOR RECORDER'S USE ONLY

CASE NUMBER: Adv. Pro. No. 11-05150

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

FOR COURT USE ONLY

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Robert Edward Hayner
      4179 Crest Road
      Pebble Beach, CA 93953
   b. Driver's license no. [last 4 digits] and state: [✓] Unknown
   c. Social security no. [last 4 digits]: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* Robert Edward Hayner, 4179 Crest Road, Pebble Beach, CA 93953

2. [✓] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   Michael Larkin, 451 Beaconfield, Ste. 204, Beaconfield Quebec Canada H9W 4C4

Date: February 7, 2013
Dennis Lewis
(TYPE OR PRINT NAME)                    ► [signature]
                                         (SIGNATURE OF APPLICANT OR ATTORNEY)

4. [✓] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

6. Total amount of judgment as entered or last renewed: $ 250,000.00
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* December 5, 2012
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [✓] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [✓] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: Michael Larkin, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Robert Edward Hayner, et al. | Adv. Pro. No. 11-05150 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

    Inka Larkin, 451 Beaconfield, Ste. 204, Beaconfield Quebec Canada H9W 4C4

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

    Jane E. Hayner, 4179 Crest Road, Pebble Beach, CA 93953

    Driver's license no. [last 4 digits] and state: ☑ Unknown
    Social security no. [last 4 digits]: ☑ Unknown
    Summons was personally served at or mailed to *(address)*:
    Jane E. Hayner, 4179 Crest Road, Pebble Beach, CA 93953

17. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

18. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

19. Name and last known address

    Driver's license no. [last 4 digits] and state: ☐ Unknown
    Social security no. [last 4 digits]: ☐ Unknown
    Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]  **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  Page 2 of 2

Case: 11-05150   Doc# 28   Filed: 02/08/13   Entered: 02/08/13 14:55:08   Page 2 of 2